1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYOSUNG (AMERICA) INC and                    No    C 10-0793 VRW
NAUTILUS HYOSUNG INC
                                                   ORDER
          Petitioners,

          v

TRANAX TECHNOLOGIES INC,

          Respondent.
_____/

19
20
21
22
23

          Petitioners have moved for a right to attach order, Doc
#11, for expedited discovery, Doc #14, and to shorten time, Doc
#17.  Petitioners have filed proof of service on respondent, Doc
##19, 20, and have sought a stipulation to shorten time from
respondent's presumed counsel, Doc #18 at 2 ¶4.

24
25
26
27
28

          Respondent is hereby ORDERED to SHOW CAUSE in writing on
or before March 5, 2010 why petitioners' motion to shorten time,
application for a right to attach order and motion for expedited
discovery should not be granted.  Failure to respond to this order
may be deemed grounds to grant petitioners the relief they seek.

Because no appearance has yet been entered on behalf of respondent, petitioners are DIRECTED to provide a copy of this order to respondent and respondent's presumed counsel by the most expeditious means practicable but in any event not later than March 3, 2010 at 5 PM.


IT IS SO ORDERED.


VAUGHN R WALKER
United States District Chief Judge