IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYOSUNG (AMERICA) INC and NAUTILUS HYOSUNG INC

    Petitioners,

    v

TRANAX TECHNOLOGIES INC,

    Respondent.

No C 10-0793 VRW

ORDER

Petitioners have moved for a right to attach order, Doc #11, for expedited discovery, Doc #14, and to shorten time, Doc #17. Petitioners have filed proof of service on respondent, Doc ##19, 20, and have sought a stipulation to shorten time from respondent's presumed counsel, Doc #18 at 2 ¶4.

Respondent is hereby ORDERED to SHOW CAUSE in writing on or before March 5, 2010 why petitioners' motion to shorten time, application for a right to attach order and motion for expedited discovery should not be granted. Failure to respond to this order may be deemed grounds to grant petitioners the relief they seek.

Because no appearance has yet been entered on behalf of respondent, petitioners are DIRECTED to provide a copy of this order to respondent and respondent's presumed counsel by the most expeditious means practicable but in any event not later than March 3, 2010 at 5 PM.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge