IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HYOSUNG (AMERICA) INC and
NAUTILUS HYOSUNG INC

       Petitioners,

       v

TRANAX TECHNOLOGIES INC,

       Respondent.

       No   C 10-0793 VRW

       ORDER

       Petitioners have moved for a right to attach order, Doc #11, for expedited discovery, Doc #14, and to shorten time, Doc #17.  On March 2, 2010 the court ordered respondent to show cause why the motions should not be granted.  Respondent responded to the court's order on March 5, Doc ##25, 26, and petitioners filed a reply addressing the motion to shorten time on March 8, Doc #27.

       Having considered the parties' submissions, the court finds it appropriate to hold a hearing on the matters.

Accordingly, the court hereby sets the matters for hearing before the undersigned on March 25, 2010 at 10 AM.  Respondent has already filed its memorandum in opposition to the motions; petitioners shall file their reply memorandum, if any, not later than March 12, 2010.

**IT IS SO ORDERED.**

**VAUGHN R WALKER**
**United States District Chief Judge**