1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
10

11   HYOSUNG (AMERICA), INC. AND           Case No. 10-00793 VRW
     NAUTILUS HYOSUNG, INC.,
12
                  Plaintiffs,
13
     v.
14
     TRANAX TECHNOLOGIES, INC.,
15              Defendant.
16

17                        **<u>ORDER APPROVING STIPULATION</u>**

18       Good cause appearing,

19       IT IS ORDERED that the stipulation between Hyosung and the Trustee is approved, and

20       IT IS FURTHER ORDERED that the U.S. Marshal may release the Personal Property to

21   Lois I. Brady, as set forth above.

22       DATED: January 27, 2011

23

24                                         _____
25                                         JUDGE VAUGHN R. WALKER
26
27
28

                                                                                           1